```
EMP #
  10314208
Cost Center: US90.40077
```

Philips North America LLC                              Period Beginning:  06/26/2017
c/o Philips People Services                            Period Ending:     07/09/2017
3000 Minuteman Road,Mail Stop 1104                     Check Date:        07/14/2017
Andover, MA  01810                                     Pers. No           10314208
Ph.1-888-367-7223

                                                       Robert Suder
                                                       5351 McCommas
Taxable Marital Status:Head of household or family     Dallas TX  75206

Exemptions/Allowances/Add.W/H
 Federal       01        0.00

| Earnings | PP Date | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|---|
| SalaryE | 07/09 | | | 3,269.23 | 45,961.53 |
| HealthCl | | | | | 240.00 |
| ComSupp | | | | | 7,165.75 |
| Gross Pay | | | | 3,269.23 | 53,367.28 |

Tax Deductions: Federal
  Withholding Tax              439.65-     7,244.75-
  EE Social Security Tax       199.28-     3,264.41-
  EE Medicare Tax               46.61-       763.45-

Additional Deductions
  Personal Use - Vehicle                     348.20-
  *Medical                      48.50-       630.50-
  *Dental                        8.04-       104.52-
  *Vision                        1.20-        15.60-
  *POWERsaver Pre-Tax          555.77-     8,756.55-
  Optional Life - EE             5.83-        75.79-
  Optional Life -Child(ren)      0.50-         6.50-
  PAI - EE                       1.65-        21.45-
  PAI - Child(ren)               0.12-         1.56-
  Child Support                499.85-     6,997.90-

Total Net Pay                 1,462.23    25,136.10

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Basic Life - GTL | 2.70 | 35.10 |
| POWERsaver ER | 228.84 | 3,718.88 |
| HSA Employer Con | | 620.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 1,462.23 |

Quota

Projected Annual Balance     16.31
Sick Leave Balance           56.00

Your federal taxable wages        2,658.42

*Excluded from Federal Taxable Wages

---

Philips North America LLC
123 Test Ave
Ft. Lauderdale     FL   33068                    Check Date:07/14/2017
Phone

     T H I S   I S   N O T   A   C H E C K !!!

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Robert Suder | Bank transfer | XXXXX230 | 113000023 | USD | 1,462.23 |

                                                    N O N - N E G O T I A B L E

EMP # 10314208
Cost Center: US90.40077

Philips North America LLC
c/o Philips People Services
3000 Minuteman Road, Mail Stop 1104
Andover, MA 01810
Ph.1-888-367-7223

Period Beginning: 07/10/2017
Period Ending: 07/23/2017
Check Date: 07/28/2017
Pers. No 10314208

Robert Suder
5351 McCommas
Dallas TX 75206

Taxable Marital Status: Head of household or family

Exemptions/Allowances/Add.W/H
 Federal    01     0.00

| Earnings | PP Date | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|---|
| SalaryE | 07/23 | | | 3,269.23 | 49,230.76 |
| HealthCl | | | | | 240.00 |
| ComSupp | 07/23 | | | 461.62 | 7,627.37 |
| Gross Pay | | | | 3,730.85 | 57,098.13 |

Tax Deductions: Federal
| | Amount | Year-To-Date |
|---|---|---|
| Withholding Tax | 535.45- | 7,780.20- |
| EE Social Security Tax | 227.90- | 3,492.31- |
| EE Medicare Tax | 53.30- | 816.75- |

Additional Deductions
| | Amount | Year-To-Date |
|---|---|---|
| Personal Use - Vehicle | 237.68- | 585.88- |
| *Medical | 48.50- | 679.00- |
| *Dental | 8.04- | 112.56- |
| *Vision | 1.20- | 16.80- |
| *POWERsaver Pre-Tax | 634.24- | 9,390.79- |
| Optional Life - EE | 5.83- | 81.62- |
| Optional Life -Child(ren) | 0.50- | 7.00- |
| PAI - EE | 1.65- | 23.10- |
| PAI - Child(ren) | 0.12- | 1.68- |
| Child Support | 499.85- | 7,497.75- |
| Total Net Pay | 1,476.59 | 26,612.69 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Basic Life - GTL | 2.70 | 37.80 |
| POWERsaver ER | 261.16 | 3,980.04 |
| HSA Employer Con | | 620.00 |

| Payment Method | | Amount |
|---|---|---|
| Direct Deposit | | 1,476.59 |

Quota
| | | |
|---|---|---|
| Projected Annual Balance | 16.31 | |
| Sick Leave Balance | 56.00 | |

Your federal taxable wages    3,041.57

*Excluded from Federal Taxable Wages

---

Philips North America LLC
123 Test Ave
Ft. Lauderdale    FL   33068
Phone

Check Date: 07/28/2017

THIS   IS   NOT   A   CHECK !!!

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Robert Suder | Bank transfer | XXXXX230 | 113000023 | USD | 1,476.59 |

NON - NEGOTIABLE

EMP# 10314208
Cost Center: US90.40077

Philips North America LLC
c/o Philips People Services
3000 Minuteman Road, Mail Stop 1104
Andover, MA 01810
Ph.1-888-367-7223

Period Beginning: 07/24/2017
Period Ending: 08/06/2017
Check Date: 08/11/2017
Pers. No 10314208

Robert Suder
5351 McCommas
Dallas TX 75206

Taxable Marital Status: Head of household or family

Exemptions/Allowances/Add.W/H
  Federal     01      0.00

| Earnings | PP Date | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|---|
| SalaryE | 08/06 | | | 3,269.23 | 52,499.99 |
| HealthCl | | | | | 240.00 |
| ComSupp | | | | | 7,627.37 |
| Gross Pay | | | | 3,269.23 | 60,367.36 |
| Tax Deductions: Federal | | | | | |
| Withholding Tax | | | | 439.65- | 8,219.85- |
| EE Social Security Tax | | | | 199.28- | 3,691.59- |
| EE Medicare Tax | | | | 46.61- | 863.36- |
| Additional Deductions | | | | | |
| Personal Use - Vehicle | | | | | 585.88- |
| *Medical | | | | 48.50- | 727.50- |
| *Dental | | | | 8.04- | 120.60- |
| *Vision | | | | 1.20- | 18.00- |
| *POWERsaver Pre-Tax | | | | 555.77- | 9,946.56- |
| Optional Life - EE | | | | 5.83- | 87.45- |
| Optional Life -Child(ren) | | | | 0.50- | 7.50- |
| PAI - EE | | | | 1.65- | 24.75- |
| PAI - Child(ren) | | | | 0.12- | 1.80- |
| Child Support | | | | 499.85- | 7,997.60- |
| Total Net Pay | | | | 1,462.23 | 28,074.92 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Basic Life - GTL | 2.70 | 40.50 |
| POWERsaver ER | 228.84 | 4,208.88 |
| HSA Employer Con | | 620.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 1,462.23 |

Quota

| Projected Annual Balance | 16.31 |
|---|---|
| Sick Leave Balance | 56.00 |

Your federal taxable wages     2,658.42

*Excluded from Federal Taxable Wages

---

Philips North America LLC
123 Test Ave
Ft. Lauderdale    FL  33068
Phone

Check Date: 08/11/2017

T H I S   I S   N O T   A   C H E C K ! ! !

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Robert Suder | Bank transfer | XXXXX253 | 113000023 | USD | 1,462.23 |

N O N  -  N E G O T I A B L E

```
EMP                                                              
10314208
Cost Center: US90.40075

Philips North America LLC                          Period Beginning:  08/07/2017
c/o Philips People Services                        Period Ending:     08/20/2017
3000 Minuteman Road,Mail Stop 1104                 Check Date:        08/25/2017
Andover, MA  01810                                 Pers. No           10314208
Ph.1-888-367-7223

                                                   Robert Suder
                                                   5351 McCommas
Taxable Marital Status:Head of household or family Dallas TX  75206

Exemptions/Allowances/Add.W/H
  Federal      01       0.00


Earnings  PP Date  Rate Hours/Units  Amount  Year-To-Date    Other Benefits and
                                                             Information      This Period  Year-to-Date
SalaryE   08/20               3,269.23  55,769.22
HealthCl                                   240.00            Basic Life - GTL      2.70        43.20
Recog RT  08/20                 742.31     742.31            POWERsaver ER       228.84     4,437.72
ComSupp                                  7,627.37            HSA Employer Con                 620.00

Gross Pay                     4,011.54  64,378.90

Tax Deductions: Federal
  Withholding Tax               625.23-   8,845.08-
  EE Social Security Tax        245.30-   3,936.89-          Payment Method                 Amount
  EE Medicare Tax                57.36-     920.72-
Additional Deductions                                        Direct Deposit                1,462.24

  Personal Use - Vehicle                    585.88-          Quota
  Recognition@Philips Net       499.95-     499.95-
  *Medical                       48.50-     776.00-          Projected Annual Balance    16.31
  *Dental                         8.04-     128.64-          Sick Leave Balance          56.00
  *Vision                         1.20-      19.20-
  *POWERsaver Pre-Tax           555.77-  10,502.33-
  Optional Life - EE              5.83-      93.28-
  Optional Life -Child(ren)       0.50-       8.00-
  PAI - EE                        1.65-      26.40-
  PAI - Child(ren)                0.12-       1.92-
  Child Support                 499.85-   8,497.45-

Total Net Pay                 1,462.24  29,537.16

                                                             Your federal taxable wages     3,400.73

                                                             *Excluded from Federal Taxable Wages




Philips North America LLC
123 Test Ave
Ft. Lauderdale       FL   33068                    Check Date:08/25/2017
Phone


   THIS  IS  NOT  A  CHECK !!!


Deposited to the account of:    Payment Type    Account No.  Bank/Check No.          Amount
Robert Suder                    Bank transfer   XXXXX253     113000023     USD      1,462.24


                                                             NON - NEGOTIABLE
```