Office of the Standing Chapter 13 Trustee
125 E John Carpenter Freeway
Suite 1100 11th Floor
Irving, TX  75062
(214) 855-9200

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:  CASE NO:  17-33477-SGJ-13
**ROBERT MATTHEW SUDER**
    **DEBTOR**

### TRUSTEE'S OBJECTION TO CONFIRMATION

Now comes the Standing Chapter 13 Trustee herein and filed this "Objection to Confirmation" of the Plan filed herein by Debtor, and would respectfully show the Court as follows:

The Plan has not been proposed in "good faith" per 11 U.S.C. Section 1325(a)(3) or 1325(a)(7), because: the Debtor is proposing a 0% distribution to unsecured creditors while contributing 17% of his gross income to retirement and proposes to reorganize on a property that is underwater.  The Trustee asserts that the Plan is not in good faith and is to the detriment of unsecured creditors.

WHEREFORE, the Standing Chapter 13 Trustee prays that said Plan not be Confirmed unless and until it has been modified to cure all objections set forth herein above, and for general relief.

    Respectfully submitted,
    THOMAS D. POWERS, CHAPTER 13 TRUSTEE


    By: /s/ Heena Hirani

    Heena Hirani
    State Bar No. 24069925
    Attorney For Tom Powers
    125 E John Carpenter Freeway
    Suite 1100 11th Floor
    Irving, TX  75062
    (214) 855-9200
    Fax: (214) 965-0758

CASE NO.  17-33477-SGJ-13
ROBERT MATTHEW SUDER

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Trustee's Objection To Confirmation** was served on the following parties at the addresses listed below by United States First Class Mail and/or by electronic service.

Debtor: ROBERT MATTHEW SUDER, 5351 MCCOMMAS, DALLAS, TX  75206

Attorney: OLSON NICOUD AND GUECK LLP, 10440 N CENTRAL EXPWY SUITE 1100, DALLAS, TX  75231**

Creditor(s): ALBERTELLI LAW, 2201 W ROYAL LANE STE 155, IRVING, TX  75063

Creditor(s): COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR ET AL, 2777 N STEMMONS FWY STE 1000, DALLAS, TX  75207**

Creditor(s): PREVOST SHAFF MASON & CARNS PLLC, 5560 TENNYSON PKWY, STE 260, PLANO, TX  75024

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated:  December 06, 2017            By:  /s/ Heena Hirani